US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV - 1 2018

DOUGLAS F. YOUNG, Clerk
By
       Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| WALMART INC., a Delaware corporation; WAL-MART STORES EAST, LLC, an Arkansas limited liability company; WAL-MART STORES EAST, L.P., a Delaware limited partnership; WAL-MART.COM USA, LLC, a California limited liability company; WAL-MART STORES ARKANSAS, LLC, an Arkansas limited liability company; WAL-MART STORES TEXAS, LLC, a Delaware limited liability company; WAL-MART LOUISIANA, LLC, a Delaware limited liability company; and WAL-MART PUERTO RICO, INC., a Puerto Rico corporation, <br><br> Plaintiffs, <br> v. <br><br> SYNCHRONY BANK, <br><br> Defendant. | Case No. 18 C V 5216 <br><br> **BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE UNDER SEAL** |

Plaintiffs Walmart Inc.; Wal-Mart Stores East, LLC; Wal-Mart Stores East, L.P.; Wal-Mart.com USA, LLC; Wal-Mart Stores Arkansas, LLC; Wal-Mart Stores Texas, LLC; Wal-Mart Louisiana, LLC; and Wal-Mart Puerto Rico, Inc. (collectively, "Walmart"), pursuant to Local Rule 7.2, submits the following Brief in Support of Motion for Leave to File Under Seal:

### INTRODUCTION

This is a breach of contract case arising from a contract between Walmart and Synchrony Bank—the Third Amended and Restated Consumer Credit Card Program Agreement (hereinafter, the "Consumer Agreement"). A copy of the Consumer Agreement is provided under seal herewith

1

as **Exhibit A** for the Court's consideration in connection with Walmart's Motion for Leave to File Under Seal.

The Consumer Agreement contains a confidentiality provision pursuant to which the parties agreed that the terms of the Consumer Agreement, along with certain other proprietary and competitively sensitive information, would be kept secure and confidential.

On November 1, 2018, Walmart filed a redacted Complaint with information which is or may be subject to the confidentiality provision of the Consumer Agreement. The Complaint, in its unredacted form, contains information that is subject to the confidentiality provision of the Consumer Agreement and also contains confidential research, development and commercial information that could pose a serious threat to the parties' respective competitive positions and give their competitors an unfair advantage if the information were to become public. *See* Fed. R. Civ. P. 26(c). Further, Synchrony has indicated it will aggressively pursue damages for any perceived breach of the confidentiality provision by Walmart, and Walmart filed the redacted Complaint and files this Motion to Seal in an effort to avoid even a perceived violation of the confidentiality provision. A copy of the unredacted Complaint is provided under seal herewith as **Exhibit B** for the Court's consideration in connection with Walmart's Motion for Leave to File Under Seal.

## ARGUMENT

Rule 5.2(d) of the Federal Rules of Civil Procedure provides that a "court may order that a filing be made under seal without redaction." Rule 5.2(e) of the Federal Rules of Civil Procedure provides that a court may require redaction of confidential information in a filing or limit or prohibit a nonparty's remote access to a document filed with the court. Rule 26(c)(1)(G) of the Federal Rules of Civil Procedure provides a "court may, for good cause, issue an order to protect

a party . . . from annoyance, embarrassment, oppression, or undue burden or expense, including . . . requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way."

Courts have discretion to decide whether to issue an order requiring records to be sealed in whole or in part, and such decisions are reviewed for abuse of discretion. *IDT Corp. v. eBay*, 709 F.3d 1220, 1223 (8th Cir. 2013). "Where the common-law right of access is implicated, the court must consider the degree to which sealing a judicial record would interfere with the interests served by the common-law right of access and balance that interference against the salutary interests served by maintaining confidentiality of the information sought to be sealed." *Id.*

Walmart makes this motion for leave to file to an unredacted Complaint under seal to avoid violating the confidentiality provisions of the Consumer Agreement and prevent the public disclosure of proprietary and competitively sensitive information.

## CONCLUSION

Walmart respectfully requests that the Court enter an order permitting Walmart to file the unredacted Complaint submitted to the Court as Exhibit B with Walmart's Motion for Leave to File Under Seal.

Dated this 1st day of November, 2018.

4830-2501-9513.1

WALMART INC.
WAL-MART STORES EAST, LLC
WAL-MART STORES EAST, L.P.
WAL-MART.COM USA, LLC
WAL-MART STORES ARKANSAS, LLC
WAL-MART STORES TEXAS, LLC
WAL-MART LOUISIANA, LLC,
WAL-MART PUERTO RICO, INC.

Plaintiffs

By: _____
Neal Manne, AR 2017083
Susman Godfrey LLP
1000 Louisiana Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
nmanne@susmangodfrey.com

Drew Hansen (*pro hac vice* forthcoming)
Bar No. 30467 (WA)
Susman Godfrey LLP
1201 Third Avenue Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Fax: (206) 516-3883
dhansen@susmangodfrey.com

Steven Shepard (*pro hac vice* forthcoming)
Bar No. 5291232 (NY)
Cory Buland (*pro hac vice* forthcoming)
Bar No. 4842654 (NY)
Susman Godfrey LLP
1301 Avenue of the Americas, 32 FL
New York, NY 10019
Telephone: (212) 336-8330
Fax: (212) 336-8340
sshepard@susmangodfrey.com
cbuland@susmangodfrey.com

Russell C. Atchley, AR 82007
Samantha B. Leflar, AR 2010190
KUTAK ROCK LLP
234 East Millsap Road, Suite 200
Fayetteville, AR  72703
Telephone: (479) 973-4200
Fax: (479) 973-0007
Russell.Atchley@KutakRock.com
Samantha.Leflar@KutakRock.com

Bartholomew L. McLeay, Esq.
Kutak Rock LLP (*pro hac vice* forthcoming)
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Fax: (402) 231-8775
bart.mcleay@kutakrock.com