# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| WALMART INC., a Delaware corporation; WAL-MART STORES EAST, LLC, an Arkansas limited liability company; WAL-MART STORES EAST, L.P., a Delaware limited partnership; WAL-MART.COM USA, LLC, a California limited liability company; WAL-MART STORES ARKANSAS, LLC, an Arkansas limited liability company; WAL-MART STORES TEXAS, LLC, a Delaware limited liability company; WAL-MART LOUISIANA, LLC, a Delaware limited liability company; and WAL-MART PUERTO RICO, INC., a Puerto Rico corporation,<br><br>        Plaintiffs,<br>v.<br><br>SYNCHRONY BANK,<br><br>        Defendant. | Case No. 5:18-cv-05216-TLB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

THIS MATTER having been settled and the parties having herein consented to a dismissal of the within action with prejudice, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii);

IT IS herein stipulated that the within action and claims are dismissed with prejudice and each party shall bear its own costs and attorneys' fees.

Dated: January 31, 2019

4853-1543-1558.1

| *For Plaintiffs*: | *For Defendant*: |
|---|---|
| /s/ Russell Atchley | /s/ Jeff Mitchell |
| Russell C. Atchley, AR 82007 | Jeff Mitchell |
| Samantha Leflar, AR 2010190 | Nick Mote |
| Bartholomew L. McLeay* | Taylor Law Partners, LLP |
| Kutak Rock LLP | 303 E. Millsap Road |
| 234 East Millsap Road Suite 200 | Fayetteville, AR 72703 |
| Fayetteville, AR 72703 | Phone: (479)443-5222 |
| Phone: (479)973-4200 | Fax: (479)443-7842 |
| Fax: (479)973-0007 | jmitchell@taylorlawpartners.com |
| Russell.Atchley@KutakRock.com | nmote@taylorpartners.com |
| Samantha.Leflar@KutakRock.com | |
| Bart.Mcleay@KutakRock.com | |
| | |
| Neal Manne, AR 2017083 | Mark D. Hopson* |
| Steve M. Shepard* | Frank R. Volpe* |
| Cory S. Buland* | Gordon D. Todd* |
| Joseph Grinstein* | Eric D. McArthur* |
| Drew Hansen* | Benjamin M. Mundel* |
| P. Ryan Burningham* | Mathew J. Letten* |
| | Milton P. Wilkins* |
| | Thomas J. Herron* |
| | |
| Susman Godfrey L.L.P. | Sidley Austin LLP |
| 1000 Louisiana, Ste. 5011 | 1501 K. Street, N.W. |
| Houston, TX 77002 | Washington, DC 20005 |
| | |
| nmanne@susmangodfrey.com | mhopson@sidley.com |
| sshepard@susmangodfrey.com | fvolpe@sidley.com |
| cbuland@susmangodfrey.com | gtodd@sidley.com |
| jgrinstein@susmangodfrey.com | emcarthur@sidley.com |
| dhansen@susmangodfrey.com | bmundel@sidley.com |
| rburningham@susmangodfrey.com | mletten@sidley.com |
| | milton.wilkins@sidley.com |
| | therron@sidley.com |

*Admitted *Pro Hac Vice*