# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3579

Walmart, Inc., LLC, a Delaware limited liability company, et al.

v.

Synchrony Bank

Appellant

v.

Stichting Depositary APG Developed Markets Equity Pool and Stichting Depositary APG Fixed Income Credit Pool

Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:18-cv-05216-TLB)
_____

**MANDATE**

In accordance with the judgment of 04/24/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 16, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit